ORIGINAL

ROBERT STEWART 04650-081
Name and Prisoner/Booking Number
BEAUMONT FCC LOW   UNIT SB
Place of Confinement
BOX 26020
Mailing Address
BEAUMONT, TEXAS 77720
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ____ LODGED
____ RECEIVED ____ COPY
JUN 11 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ROBERT W. STEWART , )
(Full Name of Plaintiff)       Plaintiff, )
)
vs. )   CASE NO. CV 10-1214-PHX-SRB-ECV
)        (To be supplied by the Clerk)
(1) JOSEPH WELTY , )
(Full Name of Defendant) )
(2) FREDERICK BAUTISTA , )   **CIVIL RIGHTS COMPLAINT**
)   **BY A PRISONER**
(3) LAWRENCE BETTENDORF (AND 17 OTHERS) , )   "JURY TRIAL DEMANDED"
)
(4) ROSLYN O. SILVER , )   ☐ Original Complaint
Defendant(s). )   ☒ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 18 U.S.C. § 241, § 242, § 1964 (a)(c) RICO

2. Institution/city where violation occurred: PHOENIX, ARIZONA

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: JOSEPH WELTY____. The first Defendant is employed as:
ASST. U.S. ATTORNEY_____ at U.S. ATTORNEY'S OFFICE PHOENIX.
      (Position and Title)                      (Institution)

2. Name of second Defendant: FREDERICK BAUTISTA____. The second Defendant is employed as:
ASST. U.S. ATTORNEY_____ at   U.S.ATTORNEY'S OFFICE PHOENIX.
      (Position and Title)                      (Institution)

3. Name of third Defendant: LAWRENCE BETTENDORF____. The third Defendant is employed as:
SPECIAL AGENT, ATF (AND 17 OTHERS)   at BUREAU of ATF, PHOENIX BRANCH.
      (Position and Title)                      (Institution)

4. Name of fourth Defendant: ROSLYN O. SILVER____. The fourth Defendant is employed as:
U.S.DISTRICT COURT JUDGE_____ at U.S.DISTRICT COURTHOUSE, PHOENIX
      (Position and Title)                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____.   Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. DEFENDANTS (CONTINUED)

DEFENDANT LAWRENCE BETTENDORF IS ENJOINED
BY 17 OTHER UNNAMED (NAMES UNKNOWN) FEDERAL
AGENTS AND MESA POLICE DEPARTMENT OFFICERS
INVOLVED IN THE JUNE 16, 2000 RAID.

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: DURING PRETRIAL PROCEEDINGS MR WELTY VIOLATED PLAINTIFFS DUE PROCESS 5TH AM, AND 6TH AMENDMENT RIGHTS

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - [ ] Basic necessities
    - [ ] Mail
    - [ ] Access to the court
    - [ ] Medical care
    - [ ] Disciplinary proceedings
    - [ ] Property
    - [ ] Exercise of religion
    - [ ] Retaliation
    - [ ] Excessive force by an officer
    - [ ] Threat to safety
    - [x] Other: ABUSE OF AUTHORITY TO DEPRIVE PLAINTIFF'S CONSTITUTIONAL RIGHTS TO DEFENSE.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
    ON OR ABOUT AUGUST 20TH 2001, PLAINTIFF MOVED DISTRICT COURT FOR DISMISSAL OF CASE ON GROUND THAT HIS CIVIL RIGHTS HAD BEEN LAWFULLY RESTORED BY MARICOPA COUNTY SUPERIOR COURT. MR. WELTY, AUSA, INTERLOPED WITHOUT STANDING NOT BEING A PARTY TO THE ACTION - USED HIS POSITION TO PERSUADE THE SUPERIOR COURT TO WITHDRAW PLAINTIFF'S SIGNED ORDER RESTORING HIS FULL RIGHTS. PLAINTIFF HAD FULLY QUALIFIED FOR THE SUPERIOR COURT'S ACTION TO RESTORE HIS CIVIL RIGHTS IN COMPLIANCE WITH ALL OF ARIZONA REVISED STATUTES REQUIREMENTS. THE AUSA WHO REPLACED MR. WELTY WAS FREDERICK BAUTISTA, THE FOLLOWING MONTH, DID NOTHING TO CORRECT THIS VIOLATION OF PLAINTIFF'S RIGHTS DURING THE REMAINDER OF THE PROCEEDINGS.

    * PLAINTIFF CLAIMS ALL FOUR DEFENDANTS INCLUDING 17 UNNAMED OTHERS CONSPIRED TO DEPRIVE HIM OF CONSTITUTIONALLY HELD RIGHTS.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    WELTY'S ACTIONS AND BAUTISTA'S INACTIONS ON THIS ISSUE CONTRIBUTED SIGNIFICANTLY IN PLAINTIFF BEING DENIED HIS RIGHT TO SHOW THE JURY HIS RESTORATION OF RIGHTS FOR HIS DEFENSE.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [ ] Yes  [x] No
    b.  Did you submit a request for administrative relief on Count I?  [ ] Yes  [x] No
    c.  Did you appeal your request for relief on Count I to the highest level?  [ ] Yes  [x] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  NO, I WAS TOTALLY UNAWARE OF 28 U.S.C § 1331 AND BIVENS 403 US. 388 UNTIL FEBUARY OF 2010, BY THEN I'D ALREADY EXHAUSTED MY LAST APPELLATE REMEDIES.

## COUNT II

1. State the constitutional or other federal civil right that was violated: DURING TRIAL PLAINTIFF WAS DENIED HIS 6th AMENDMENT RIGHT TO USE HIS RESTORED RIGHTS ORDER FOR HIS DEFENSE

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail           ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings  ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: DENIAL OF DEFENSE EVIDENCE DURING TRIAL

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   THE HONORABLE JUDGE ROSLYN O. SILVER THREATENED PLAINTIFF DURING TRIAL THAT IF HE EVER MENTIONED HIS RESTORATION OF CIVIL RIGHTS TO THE JURY, OR IF HE ATTEMPTED TO SHOW THE JURY HIS COPY OF THE MARICOPA COUNTY SUPERIOR COURTS SIGND ORDER RESTORING ALL CIVIL RIGHTS, HE WOULD BE IMMEDIATELY SANCTIONED WITH REVOCATION OF O.R. STATUS AND WOULD BE CHARGED WITH CONTEMPT OF COURT.

   THE JUDGE ACTED IN FAVOR OF THE PROSECUTORS WHOM WOULD NOT HAVE HAD A CASE IF THE JURY WAS ALLOWED TO DECIDE THE ISSUE ON FACTS CONCERNING THE RESTORATION OF CIVIL RIGHTS BY MARICOPA COUNTY SUPERIOR COURT. THOSE FACTS WERE WITHHELD FROM THE JURY BY ORDER OF JUDGE SILVER.

   * PLAINTIFF CLAIMS ALL FOUR DEFENDANTS INCLUDING 17 UNNAMED OTHERS CONSPIRED TO DEPRIVE HIM OF CONSTITUTIONALLY HELD RIGHTS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   THIS THREAT OF SANCTION SEVERLY AFFECTED PLAINTIFF'S CLAIMS AND EVIDENCE HE NEEDED FOR HIS DEFENSE AND RESULTED IN A JURY VERDICT OF GUILTY. PLAINTIFF SUFFERED ENORMOUS LOSS OF BUSINESS, HOME FAMILY - INCALCULABLE PAIN AND SUFFERING, WITH THREE YOUNG SONS & WIFE WITH NO INCOME OR FATHER FOR 5 YEARS $20,000 FINE

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes   ☒ No

   b. Did you submit a request for administrative relief on Count II?      ☒ Yes   ☒ No DENIED

   c. Did you appeal your request for relief on Count II to the highest level?      ☐ Yes   ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. PLAINTIFF WAS AFRAID TO GO AGAINST JUDGE SILVER'S ORDER FOR FEAR OF RETRIBUTION UNTIL KNOWLEDGE OF CASE LAWS IN 9th CIRCUIT ABOUT RIGHTS RESTORATION BEING HONORED BY DISTRICT COURTS - LEARNED FEBRUARY THIS YEAR.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: SPECIAL AGENT-IN-CHARGE IGNORED PLAINTIFF'S CLAIM OF RIGHTS RESTORED JUNE 16, 2000 AT TIME OF ARREST.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

   ☐ Excessive force by an officer    ☐ Threat to safety    ☒ Other: VIOLATION OF DUE-PROCESS RIGHTS.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   LAWRENCE BETTENDORF, S.A, BATF WAS SHOWN A COPY OF PLAINTIFF'S SIGNED COURT ORDER, LAWFULLY RESTORING HIS CIVIL RIGHTS "NUNCT PRO TUNC" FULLY IN FORCE BEGINNING APPROXIMATELY 17 MONTHS BEFORE SEARCH AND SEIZURE DATE OF JUNE 16, 2000. HE REFUSED TO WITHDRAW HIS CHARGES AGAINST PLAINTIFF, ALL DURING PRE-TRIAL AND TRIAL PROCEEDINGS. BETTENDORF REFUSED TO ACKNOWLEDGE THE LEGAL LAWFUL EFFECT OF A SIGNED ORDER BY MARICOPA COUNTY SUPERIOR COURT RESTORING ALL OF PLAINTIFF'S CIVIL RIGHTS.

   \* PLAINTIFF CLAIMS ALL FOUR DEFENDANTS INCLUDING 17 UNNAMED OTHERS CONSPIRED TO DEPRIVE HIM OF CONSTITUTIONALLY HELD RIGHTS.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   AGENT BETTENDORF SEIZED $86,000 WORTH OF BUSINESS ASSETS, SHUTTING DOWN A $7 MILLION A YEAR BUSINESS CAUSING LOSS OF BUSINESS, HOME, NONE OF WHICH HAS BEEN RECOVERED. INCALCULABLE FAMILY SUFFERING

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☒ No

   b. Did you submit a request for administrative relief on Count III?    ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Count III to the highest level?    ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

$150 MILLION COMPENSATORY DAMAGES, $450 MILLION RICO, TREBLE DAMAGES, AND $200 MILLION PUNATIVE DAMAGES, DISMISSAL OF CASE CR-00-698-PHX-ROS WITH PREJUDICE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8 JUNE, 2010
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE FOREGOING
DOCUMENT WAS MAILED THIS 8th DAY
OF JUNE, 2010 TO:

CLERK OF THE COURT   (ORIGINAL & ONE COPY)
U.S. DISTRICT COURTHOUSE, SUITE 130
401 W. WASHINGTON ST.  SPC 10
PHOENIX, ARIZONA 85003-2119

JOSEPH WELTY, ESQ, AUSA
FREDERICK BAUTISTA, ESQ, AUSA
LAWRENCE BETTENDORF, SA BATF  % U.S. ATTORNEY'S OFFICE
ROOM 1200
40 NORTH CENTRAL
PHOENIX, ARIZONA 85004


PLAINTIFF